

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 11/3/2020

## US Federal District Court
<u>Central</u> District of Illinois

Re: Simpson v. Sweet Express, LLC a foreign LLC et al

USDC Case Number: 20cv6027

Dear Clerk:

Pursuant to the order entered by Honorable Thomas M. Durkin, on 10/20/2020, the above record was

    X    electronically transmitted to Central District of Illinois

    ☐    paper documents were sent via certified mail to

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

    Sincerely,
    Thomas G. Bruton, Clerk

    By:    /s/ Michelle Copeland
           Deputy Clerk

New Case No. _____   Date _____

cc:    Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016