# United States District Court
# Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:20–cv–06027

Simpson v. Sweet Express, LLC a foreign LLC et al
Assigned to: Honorable Thomas M. Durkin
Demand: $75,000
Case in other court: Kenneth Simpson vs. Sweet Express, Inc., et al., 2020 L 009966
Cause: 28:1332 Diversity–Tort/Motor Vehicle (P.I.)

Date Filed: 10/09/2020
Jury Demand: Defendant
Nature of Suit: 350 P.I.: Motor Vehicle
Jurisdiction: Diversity

**Plaintiff**

**Kenneth Simpson**     represented by **Kenneth Simpson**
PRO SE

V.

**Defendant**

**Sweet Express, LLC a foreign LLC**     represented by **Alan J. Brinkmeier**
Cameli & Hoag PC
105 West Adams Street
Suite 1430
Chicago, IL 60603
(312) 374–8523
Email: abrinkmeier@camelihoaglaw.com
*ATTORNEY TO BE NOTICED*

**Perry William Hoag**
Camel & Hoag, P.C.
105 West Adams Street
Suite 1430
Chicago, IL 60603
(312) 726–7300
Email: phoag@camelihoaglaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Elbert Garner**     represented by **Alan J. Brinkmeier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Perry William Hoag**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/09/2020 | Ï 1 | NOTICE of Removal from Cook County, case number (2020 L 009966) filed by Elbert Garner, Sweet Express, LLC a foreign LLC Filing fee $ 400, receipt number |

| | | |
|---|---|---|
| | | 0752–17527901. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Hoag, Perry) (Entered: 10/09/2020) |
| 10/09/2020 | Ï 2 | CIVIL Cover Sheet (Hoag, Perry) (Entered: 10/09/2020) |
| 10/09/2020 | Ï 3 | ATTORNEY Appearance for Defendants Elbert Garner, Sweet Express, LLC a foreign LLC by Perry William Hoag (Hoag, Perry) (Entered: 10/09/2020) |
| 10/09/2020 | Ï 4 | ATTORNEY Appearance for Defendants Elbert Garner, Sweet Express, LLC a foreign LLC by Alan J. Brinkmeier (Brinkmeier, Alan) (Entered: 10/09/2020) |
| 10/09/2020 | Ï | CASE ASSIGNED to the Honorable Thomas M. Durkin. Designated as Magistrate Judge the Honorable Maria Valdez. Case assignment: Random assignment. (mp, ) (Entered: 10/09/2020) |
| 10/09/2020 | Ï 5 | MINUTE entry before the Honorable Thomas M. Durkin: By 12/4/2020, the parties are to file a joint status report. The parties may refer to the format detailed on the Court's website under New and Reassigned cases. Mailed notice. (ecw, ) (Entered: 10/09/2020) |
| 10/13/2020 | Ï 6 | MOTION by Defendant Sweet Express, LLC a foreign LLC to change venue (Brinkmeier, Alan) (Entered: 10/13/2020) |
| 10/13/2020 | Ï 7 | NOTICE of Motion by Alan J. Brinkmeier for presentment of motion to change venue 6 before Honorable Thomas M. Durkin on 10/21/2020 at 09:00 AM. (Brinkmeier, Alan) (Entered: 10/13/2020) |
| 10/13/2020 | Ï 8 | MINUTE entry before the Honorable Thomas M. Durkin: Hearing for presentment of motion to change venue 6 on 10/21/2020 at 9:00 a.m. will be held telephonically. To join the telephone hearing, dial 877–402–9757, Access Code 4410831. Mailed notice. (ecw, ) (Entered: 10/13/2020) |
| 10/20/2020 | Ï 9 | AGREED Order to Transfer Venue. Signed by the Honorable Thomas M. Durkin on 10/20/2020. Mailed notice. (ecw, ) (Entered: 10/20/2020) |
| 11/03/2020 | Ï 10 | TRANSFERRED to the Central District of Illinois the original file certified copy of transfer order, and docket sheet via certified mail number (mc, ) (Entered: 11/03/2020) |